UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

                                         Case No. 11-25007-BKC-RAM
                                         Chapter 13

Bladimir Poma,

_____Debtor(s)._____/

## MOTION TO REOPEN CASE FOR PURPOSES OF FILING A MOTION TO DEEM MORTGAGE SATISFIED

The Debtor, by her counsel, respectfully moves pursuant to 11 U.S.C. Section 350 (b) to reopen their Chapter 13 case for the purpose of filing a Motion to Deem Mortgage Satisfied. The following memorandum is respectfully submitted in support of this motion.

## MEMORANDUM

1. On May 31, 2011, Debtor filed a petition under Chapter 13 of the Bankruptcy Code (11 U.S.C.) in the captioned case.

2. The Section 341 (a) meeting in this action was held on July 14, 2011 and the discharge order was signed on May 14, 2015, and the case was closed shortly thereafter.

3. HSBC Mortgage Corporation was a secured creditor paid through the Debtor's plan and received payments totaling $83,568.27 through the Chapter 13 Trustee. Per Claim #24-1 filed with the court the amount owed by the Debtor was $360,732.51. The Trustee issued a notice plan completion since August 18, 2015 yet as of the date this motion is filed the Creditor has failed to record a satisfaction or release of mortgage.

4. Debtor wishes to obtain an order satisfying or release of mortgage to HSBC Mortgage Corporation.

WHEREFORE, Debtor respectfully pray that this Court enter an Order reopening this case for the purpose of filing a Motion to Deem Mortgage Satisfied and a Motion for Sanctions, and any other relief consistent with this request for relief.

Respectfully submitted,

REYES & CALAS-JOHNSON, P.A.
Attorney for the Debtors
782 N.W. 42nd Ave., #447
Miami, FL 33126
rcjlawpa@aol.com
(305) 476-1900

By: /s/ Mary Reyes
Mary Reyes
FBN 120006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served upon all interested parties on attached list, this 17th day of May, 2018.

/s/ Mary Reyes
Mary Reyes

Nancy N Herkert, Trustee ECF registered

HSBC Mortgage Services
Attn: Cash Department
636 Grand Regency Boulevard
Brandon, FL 33510

HSBC MORTGAGE CORPORATION (USA)
2929 WALDEN AVENUE
DEPEW NY 14043

HSBC MORTGAGE CORPORATION (USA)
26525 N RIVERWOODS BLVD
TAX DEPT
METTAWA IL 60045

HSBC MORTGAGE CORPORATION (USA)
C/O C T CORPORATION SYSTEM, Registered Agent
1200 SOUTH PINE ISLAND ROAD
PLANTATION FL 33324

John C. Brock, Jr. Albertelli
Law Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623