UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

                                        Case No. 11-25007-BKC-RAM
                                        Chapter 13

Bladimir Poma,

_____Debtor(s)._____/

**SUPPLEMENTAL STATEMENT OF FEES UNDER FRBP RULE 2016 (B)**

      Pursuant to 11 U.S.C Section 329 and FRBP Bankruptcy Rule 2016 (b), Reyes & Calas-Johnson, P.A. attorney for the Debtor, states as follows:

      1. Supplemental compensation paid or promised for services rendered or to be rendered in connection with this case is as follows: $525.00 to be paid for services rendered in connection with Motion to Deem Mortgage Satisfied.

      2. The source of the compensation paid was funds of the debtors and the source of the compensation promised to be paid is the debtor.

      3. I have not shared or agreed to share such compensation with any other person, other than a member or regular associate of my law firm.

Dated: May 17, 2018                            Respectfully Submitted,

                                                REYES & CALAS-JOHNSON, P.A.
                                                Attorneys for the Debtor
                                                782 N.W. 42nd Avenue, Ste. 447
                                                Miami, FL 33126
                                                Tel: (305) 476-1900
                                                  By: _____/S/_____
                                                       Mary Reyes

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served on all parties on attached list, this 17th day of May, 2018.

/S/
Mary Reyes


Nancy Neidich, Trustee ECF Registered

Bladimir Poma, Debtor