UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

PROCEEDINGS UNDER CHAPTER 13
CASE NO. 11-25007-BKC-RAM

In Re:

Bladimir Poma,

Debtors.
_____/

## MOTION TO DEEM MORTGAGE SATISFIED AND FOR RECORDABLE ORDER DECLARING LIEN HELD BY HSBC MORTGAGE CORPORATION VOID, EXTINGUISHED AND FULLY PAID PER COMPLETION OF CHAPTER 13 PLAN

Now comes the Debtor, Bladimir Poma, by his counsel, and in and moves the Court pursuant to 11 U.S.C. 105 for authority to deem HSBC Mortgage Corporation, Satisfied and for Recordable Order Declaring Lien Held by HSBC Mortgage Void, Extinguished and Fully Paid per Completion of Chapter 13 Plan, and therefore states as follows:

### MEMORANDUM

1. Debtor has filed for relief under 11 U.S.C. Chapter 13 in this case on May 31, 2011.

2. Debtor filed a Motion to Value and Determine Secured Status of HSBC Mortgage Corporation, on November 17, 2011 at DE # 51 for property located at 13335 SW 253 TERR MIAMI FL 33032-5677**, and is more particularly described as follows:**

**LOT 4, BLOCK 3 OF SPRINGER GROVE, ACCORDING TO THE PLAT THEREIN, AS RECORDED IN PLAT BOOK 133, PAGE 99, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA**

3. The Agreed Order granting Motion to Value and Determine Secured Status of Lien was entered on January 30, 2012 at DE #69 and read in pertinent part:

*Lender has an allowed secured claim in the amount of $77,000.00*

*This Order is not recordable or enforceable until the debtor receives a discharge in this chapter 13 case.*

4. The Debtor paid HSBC Mortgage Corporation through the plan and received payments totaling $83,568.27 from the Chapter 13 Trustee.

5. The Trustee issued a notice of plan completion on February 3, 2015 DE #116.

6. The Debtor received his discharge on May 14, 2015 making the order on the Motion to Value enforceable.

7. The undersigned has made several attempts to reach out to HSBC Mortgage Corporation and despite all our attempts as of the date of filing this motion HSBC Mortgage Corporation has failed to file a satisfaction of mortgage in direct violation of Fla. Stat. 701.04(1).

**WHEREFORE,** Debtor respectfully prays that the Court issue a recordable order

1. Deeming HSBC Mortgage Corporation's mortgage recorded at BK 24790 PG 2519 and its assignment at BK 24790 PG 2519 is satisfied.

2. Declaring that that Lien held by HSBC Mortgage Corporation is void, extinguished and fully paid.

3. Such further relief consistent with this request for relief.

Respectfully submitted,
Reyes & Calas-Johnson, P.A.
Attorneys for Debtor
782 N.W. 42nd Avenue, Ste. 447
Miami, FL 33126
Tel: (305) 476-1900
By: _____/S/_____
Mary Reyes
FL Bar No. 120006

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served upon all parties on attached list, this 16th July, 2018.

_____/S/_____
Mary Reyes

Nancy K .Neidich,  Trustee ECF registered

HSBC Mortgage Services
Attn: Cash Department
636 Grand Regency Boulevard
Brandon, FL 33510

HSBC MORTGAGE CORPORATION (USA)
2929 WALDEN AVENUE
DEPEW NY 14043

HSBC MORTGAGE CORPORATION (USA)
26525 N RIVERWOODS BLVD
TAX DEPT
METTAWA IL 60045

HSBC MORTGAGE CORPORATION (USA)
C/O C T CORPORATION SYSTEM, Registered Agent
1200 SOUTH PINE ISLAND ROAD
PLANTATION FL 33324

John C. Brock, Jr. Albertelli
Law Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623